IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VERITA GILL,

           Plaintiff,

     v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

           Defendant.

No. CV 07-812-HU

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order of the court filed August 5, 2008 (#22) adopting the Magistrate Judge's Findings and Recommendations (#20),

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and REMANDED for a determination of benefits.

    DATED this  6th  day of August, 2008.

                              /s/ Michael W. Mosman
                              MICHAEL W. MOSMAN
                              United States District Judge

PAGE 1 - JUDGMENT