WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'08 DEC 18 09:39USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**VERITA GILL,**                                     CV 07-812-HU

    Plaintiff,

vs.                                               ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $9,992.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. The agency is directed to send to Plaintiff's attorney **at his current address shown above** the fee of $9,992.50, minus any user fee. If fees are awarded herein under the EAJA, Plaintiff's attorney may retain the amount of the larger of the two fees, and shall refund to Plaintiff any amount he receives in excess of that amount.

    DATED this 16 day of Dec. , 2008.

                                               /s/ M. W. Morrow
                                               United States District / ~~Magistrate~~ Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff