IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VERITA GILL,

        Plaintiff,

   v.

COMMISSIONER of Social Security,

        Defendant.

No. CV 07-812-HU

OPINION AND ORDER

**MOSMAN, J.**,

On December 10, 2009, Magistrate Judge Hubel issued Findings and Recommendation ("F&R") (#29) in the above-captioned case recommending that I GRANT in part and DENY in part Plaintiff's Application for Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff filed objections to the F&R (#30).

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the

PAGE 1 OPINION AND ORDER

court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Hubel's recommendation, and I ADOPT the F&R (#29) as my own opinion.

IT IS SO ORDERED.

DATED this  30th  day of January, 2009.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

PAGE 2 OPINION AND ORDER